IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

|  |  |  |
|---|---|---|
| CHRISTINE M. BRENNEMAN, | * | |
| | * | 4:04-cv-90001 |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| FAMOUS DAVE'S OF AMERICA, | * | |
| INC., and DAVE RYBURN, | * | |
| | * | ORDER |
| Defendants. | * | |

Before the Court is a Stipulation of Dismissal. Clerk's 33. The Court entered summary judgement on counts I, II, III, IV, and VI on January 23, 2006. Clerk's 29. The remaining count was dismissed by the stipulation. With respect to the dismissal of count V only, each party shall bear his or her own costs. This case, therefore, is dismissed.

IT IS SO ORDERED.

Dated this ___10th___ day of March, 2006.

_____
ROBERT W. PRATT
U.S. DISTRICT JUDGE